## NEW CONNECTICUT BANK AND TRUST COMPANY, N.A. *v.* 20 SISSON STREET ASSOCIATES ET AL. (12798)

FOTI, LAVERY and LANDAU, Js.

Argued March 22—decision released April 12, 1994

*Daniel Del Grosso, Richard Del Russo* and *Salvatore Malespini,* pro se, the appellants (defendants).

*Susan Birke Fiedler,* with whom, on the brief, was *Donald E. Frechette,* for the appellee (substitute plaintiff).

PER CURIAM. The judgment is affirmed.